# Court of Appeals
# of the State of Georgia

ATLANTA,  March 17, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1118. LORNA NEMBHARD v. JPMORGAN CHASE BANK et al.

Lorna Nembhard, proceeding pro se, filed suit against JPMorgan Chase Bank and Martin & Brunavs. Following the trial court's dismissal of defendant JPMorgan, Nembhard filed a motion for sanctions against counsel for JPMorgan. JPMorgan filed a motion for a bill of peace. On October 26, 2016, the trial court entered an order denying the motion for sanctions, an order granting the bill of peace, and an order dismissing a petition to quiet title filed by Nembhard. On November 29, 2016, Nembhard filed a notice of appeal from these orders. We, however, lack jurisdiction.

First, the notice of appeal is untimely. A notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Nembhard filed her notice of appeal 34 days after entry of the orders she seeks to challenge.

Second, it appears the case is not final as Nembhard's claims against Martin & Brunavs remain pending.[1] "In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." (Punctuation and citation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989). Here, the

---

[1] Although the trial court entered default judgment against Martin & Brunavs, the court left pending the issue of damages, which renders the case interlocutory. See *Neal v. State*, 182 Ga. App. 37 (354 SE2d 664) (1987).

orders Nembhard seeks to challenge are not final. Thus, she was required to comply with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) in order to appeal. See id.

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/17/2017_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*